UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEAH M. NICHOLLS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.11-1654 (JEB) |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF THE PARTIES' JOINT PROPOSED BRIEFING SCHEDULE</u>**

Pursuant to this Court's Order of November 15, 2011 [ECF Docket Entry No. 6], the parties have conferred and propose the following briefing schedule to govern this Freedom of Information Act case:

1.  Defendant, Office of Personnel Management ("OPM"), will file a Motion for Summary Judgment on February 16, 2012;

2.  Plaintiff, Leah M. Nicholls, will file an Opposition to Defendant's dispositive motion, and, if she deems it necessary, Plaintiff will file a Cross Motion for Summary Judgment, on March 20, 2012;

3.  Defendant OPM will file a reply to Plaintiff's Opposition and, if appropriate, an Opposition to Plaintiff's Cross Motion Summary Judgment on April 20, 2012; and

4.  Any reply by Plaintiff to Defendant's Opposition to Plaintiff's Cross Motion will be due on May 11, 2012.

A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | |
| BRIAN WOLFMAN, Bar # 427491 | RONALD C. MACHEN JR., Bar # 447889 |
| Georgetown University Law Center | United States Attorney |
| Institute of Public Representation | for the District of Columbia |
| 600 New Jersey Avenue, N.W. | |
| Washington, D.C. 20001 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| (202) 661-6582 | Chief, Civil Division |
| www.law.georgetown.edu | |
| | By: _____/s/_____ |
| | CLAIRE WHITAKER, D.C. Bar # 354530 |
| | Assistant U.S. Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7137 |
| | Claire.Whitaker@usdoj.gov |