**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LEAH M. NICHOLLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.11-1654 (JEB) |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Parties' Proposed Briefing Schedule in this Freedom of Information Act case, it is this _____ day of December, 2011,

ORDERED,

Defendant's Motion for Summary Judgment shall be filed on February 16, 2012;

Plaintiff's Opposition and, if Plaintiff deems it necessary, Plaintiff's Cross Motion for Summary Judgment, shall be filed on March 20, 2012;

Defendant's Reply to Plaintiff's Opposition and, if appropriate, Defendant's Opposition to Plaintiff's Cross Motion shall be filed on April 20, 2012; and

Any Reply by Plaintiff to Defendant's Opposition to Plaintiff's Cross Motion shall be due on May 11, 2012.

_____
UNITED STATES DISTRICT JUDGE